

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Mount Vernon United Methodist Church v. Harris County, Texas et al.

Appellate case number:    01-18-01114-CV

Trial court case number:  2014-29708

Trial court:              152nd District Court of Harris County

Appellees, Harris County, Harris County Department of Education, Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Hospital District, City of Houston, Houston Independent School District and Houston Community College System, have filed a "Notice of Withdrawal" of their Motion to Dismiss Appeal for Want of Jurisdiction, filed on December 20, 2018, and Second Motion to Dismiss Appeal, filed on February 13, 2019. We grant appellees' request to withdraw the motions and **dismiss as moot** appellees' Motion to Dismiss, filed on December 20, 2018, and Second Motion to Dismiss, filed on February 13, 2019.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date:  __February 21, 2019____